Matthew B. Hippler (SBN 7015)
mhippler@hollandhart.com
Lars K. Evensen (SBN 8061)
lkevensen@hollandhart.com
Frank Z. LaForge (SBN 12246)
fzlaforge@hollandhart.com
HOLLAND & HART, LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775 | 327-3000
Fax 775 | 786-6179

Attorneys for Defendant *Dermody Operating Company, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; and DOES I THROUGH X,<br><br>Defendants. | Case No. 3:21-cv-00109-MMD-CLB<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, Dermody Operating Company, LLC, does hereby substitute Charles Burcham, Esq. and Justin H. Pfrehm, Esq. of the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, as its attorney in this action in place and stead of Matthew B. Hippler, Esq., Lars K. Evensen, Esq., and Frank Z. LaForge, Esq. of the law firm of Holland & Hart LLP.

DATED this 12 day of May, 2021.

John Ramous                                                    Authorized Signatory
John Ramous                                                    Title
For Dermody Operating Company, LLC

///

///

///

1

Matthew B. Hippler, Esq., Lars K. Evensen, Esq., and Frank Z. LaForge, Esq. of the law firm of Holland & Hart, LLP hereby consents to the substitution of Charles Burcham, Esq. and Justin H. Pfrehm, Esq. of the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, as attorney in this action for Defendant Dermody Operating Company, LLC in my place and stead.

DATE: May 11, 2021.

HOLLAND & HART, LLP

Matthew B. Hippler (SBN 7015)
Lars K. Evensen (SBN 8061)
Frank Z. LaForge (SBN 12246)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775 | 327-3000
Fax 775 | 786-6179

Attorneys for Defendant
*Dermody Operating Company, LLC*

Charles Burcham, Esq. and Justin H. Pfrehm, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby agree to be substituted as attorney for Defendant, Dermody Operating Company, LLC, in this action in the place of and stead of Matthew B. Hippler, Esq., Lars K. Evensen, Esq., and Frank Z. LaForge, Esq. of the law firm of Holland & Hart, LLP.

DATE: May 11, 2021.

Thorndal Armstrong Delk Balkenbush & Eisinger

Charles Burcham, Esq.
Justin H. Pfrehm, Esq
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
Tel: (775) 786-2882
Cell: (775) 750 2998
Fax: (775) 786-8004
clb@thorndal.

Matthew B. Hippler, Esq., Lars K. Evensen, Esq., and Frank Z. LaForge, Esq. of the law firm of Holland & Hart, LLP hereby consents to the substitution of Charles Burcham, Esq. and Justin H. Pfrehm, Esq. of the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, as attorney in this action for Defendant Dermody Operating Company, LLC in my place and stead.

DATE: May 17, 2021.

HOLLAND & HART, LLP

_____
Matthew B. Hippler (SBN 7015)
Lars K. Evensen (SBN 8061)
Frank Z. LaForge (SBN 12246)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775 | 327-3000
Fax 775 | 786-6179

Attorneys for Defendant
*Dermody Operating Company, LLC*

Charles Burcham, Esq. and Justin H. Pfrehm, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby agree to be substituted as attorney for Defendant, Dermody Operating Company, LLC, in this action in the place of and stead of Matthew B. Hippler, Esq., Lars K. Evensen, Esq., and Frank Z. LaForge, Esq. of the law firm of Holland & Hart, LLP.

DATE: May 17, 2021.

Thorndal Armstrong Delk Balkenbush & Eisinger

_____
Charles Burcham, Esq.
Justin H. Pfrehm, Esq
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
Tel: (775) 786-2882
Cell: (775) 750 2998
Fax: (775) 786-8004
clb@thorndal.

IT IS SO ORDERED.

Dated: May 27, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2

HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

# CERTIFICATE OF SERVICE

I, Martha Hauser, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Holland & Hart LLP. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On May 26, 2021, I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY**, with the Clerk via the Court's CM/ECF system, in compliance with the Federal Rules of Civil Procedure and LR 5-4. Service on all registered participants will be made by CM/ECF.

Robert E. Schumacher, Esq.
rschumacher@grsm.com
Brian K. Walters, Esq.
bwalters@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, NV 89101

Mark G. Simons, Esq.
msimons@shjnevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509

_/s/_____
Martha Hauser

16708967_v1

3