BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
JIMMY T. LEE, ESQ.
Nevada Bar No. 12806
**WOLFENZON ROLLE**
6725 Via Austi Pkwy, Ste. 260
Las Vegas, Nevada 89119
jrolle@wolfenzon.com

Attorneys for Defendant
D&D ROOFING AND SHEET METAL, INC.

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATIONS, a Delaware Corporation; and DOES I through X<br><br>Defendants. | Case No.: 3:21-cv-00109-MMD-CLB<br><br><br>**STIPULATION TO EXTEND THIRD-PARTY DEFENDANT D&D ROOFING AND SHEET METAL, INC.'S RESPONSE TO THIRD-PARTY COMPLAINT** |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,<br><br>Third-Party Defendant | Pleading Served: December 15, 2021<br>Current Response Date: January 6, 2022<br>New Response Date: February 6, 2022 |

Whereas, D&D ROOFING AND SHEET METAL, INC. ("D&D Roofing"), through

its counsel of record, the law firm of WOLFENZON ROLLE, and DERMODY OPERATING

COMPANY, LLC ("Dermody"), through its counsel of record, THORNDAL ARMSTRONG

DELK BALKENBUSH & EISINGER, have agreed that D&D Roofing may have an

approximate 30-day extension to file its Answer and/or Responsive Motion(s) to Dermody's Third-Party Complaint.

    **IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

        The deadline for Third-Party Defendant D&D ROOFING AND SHEET METAL, INC. to file its Answer and/or Responsive Motion(s) to the Third-Party Complaint shall be extended to February 6, 2022.

DATED this 5th day of January 2022       DATED this 5th day of January 2022

**THORNDAL ARMSTRONG**          **WOLFENZON ROLLE**
**DELK BALKENBUSH & EISINGER**

    */s/ Charles L. Burcham*         */s/ Jonathan P. Rolle*
By _____  By _____
   CHARLES L. BURCHAM, ESQ.      JONATHAN P. ROLLE, ESQ.
   Nevada Bar No. 2673            Nevada Bar No. 4367
   JUSTIN H. PFREHM, ESQ.        JIMMY T. LEE, ESQ.
   Nevada Bar No. 7484            Nevada Bar No. 12806
   6590 S. McCarran Blvd., Suite B    6725 Via Austi Pkwy, Suite 260
   Reno, Nevada 89509            Las Vegas, Nevada 89119

*Attorneys for Defendant/Third-Party Plaintiff*  *Attorneys for Third-Party Defendants*
*DERMODY OPERATING COMPANY, LLC*    *D&D ROOFING AND SHEET METAL,*
                                       *INC.*

        **IT IS SO ORDERED**     Dated:  January 5, 2022

                          _____
          **UNITED STATES MAGISTRATE JUDGE**

**From:** Charles L. Burcham <clb@thorndal.com>
**Sent:** Tuesday, January 4, 2022 3:22 PM
**To:** Jonathan Rolle <jrolle@wolfenzon.com>; Laura S. Bautista <lsb@thorndal.com>
**Cc:** Lourdes Lordon <lourdes@wolfenzon.com>; Jimmy Lee <jlee@wolfenzon.com>
**Subject:** RE: Dermody Operating v. D&D Roofing and Sheet Metal.

Jon, that works for me.

**From:** Jonathan Rolle <jrolle@wolfenzon.com>
**Sent:** Tuesday, January 4, 2022 2:37 PM
**To:** Laura S. Bautista <lsb@thorndal.com>; Charles L. Burcham <clb@thorndal.com>
**Cc:** Lourdes Lordon <lourdes@wolfenzon.com>; Jimmy <jlee@wolfenzon.com>
**Subject:** RE: Dermody Operating v. D&D Roofing and Sheet Metal.

Please review the attached and let us know if we can attach your electronic signature for submitting to the Court.


thanks


**Jonathan P. Rolle, Esq.**
_____
Partner | Wolfenzon Rolle
6725 Via Austi Parkway, Suite 260 | Las Vegas NV 89119
jrolle@wolfenzon.com | TEL 702.836.3138 EXT. 301
FAX 702.836.3139 CELL 702.277.3015

wolfenzon.com

**CALIFORNIA ● NEVADA**

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.