MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
RICHARD D. DE JONG, ESQ.
Nevada Bar No. 15207
HALL PRANGLE & SCHOONVELD, LLC
1140 North Town Center Drive, Suite 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
efile@hpslaw.com
*Attorneys for Defendant:*
*UNITED CONSTRUCTION CO.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

URBAN OUTFITTERS, INC. a Pennsylvania Corporation,

   Plaintiff,

vs.

DERMODY OPERATING COMPANY, LLC. a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada Corporation and DOES I through X,

   Defendants.

CASE NO.: 3:21-cv-00109-MMD-CLB

### SUBSTITUTION OF ATTORNEYS

  Defendant, UNITED CONSTRUCTION CO. hereby substitutes SHANNON G. SPLAINE, ESQ. of the law firm of LINCOLN, GUSTAFSON & CERCOS LLP, 3960 Howard Hughes Parkway, Suite 200, in Las Vegas, Nevada 89169, 702-257-1997, as its attorney of record in this matter, in the place and stead of MARI K. SCHAAN, ESQ. and RICHARD D. DE JONG, ESQ. of the law firm of HALL PRANGLE & SCHOONVELD, LLC.

  Dated this 18ᵗʰ day of January, 2022.

         UNITED CONSTRUCTION CO..

     By: _____

*Left margin vertical text:* HALL PRANGLE & SCHOONVELD, LLC | 1140 NORTH TOWN CENTER DRIVE | SUITE 350 | LAS VEGAS, NEVADA 89144 | TELEPHONE: 702-889-6400  FACSIMILE: 702-384-6025

I, MARI K. SCHAAN, ESQ. and RICHARD D. DE JONG, ESQ. hereby agrees and consents to the substitution of SHANNON G. SPLAINE, ESQ. as the attorneys of record for UNITED CONSTRUCTION CO. in this matter.

Dated this 30th day of December, 2021.

HALL PRANGLE & SCHOONVELD, LLC

By: _____
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*UNITED CONSTRUCTION CO.*

HALL PRANGLE & SCHOONVELD, LLC

By: _____
RICHARD D. DE JONG, ESQ.
Nevada Bar No. 15207
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*UNITED CONSTRUCTION CO.*

I, SHANNON G. SPLAINE, ESQ. am duly admitted to practice in this District and hereby accept substitution as attorney of record for UNITED CONSTRUCTION CO. in this matter.

Dated this 21 day of December, 2021.

LINCOLN, GUSTAFSON & CERCOS LLP

By: _____
SHANNON G. SPLAINE, ESQ.
Nevada Bar No.: 008241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

IT IS SO ORDERED.
Dated: January 18, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 3

HALL PRANGLE & SCHOONVELD, LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

<div style="writing-mode: vertical">
HALL PRANGLE & SCHOONVELD, LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025
</div>

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HALL PRANGLE & SCHOONVELD, LLC; that on the 18th day of January, 2022, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** as follows:

\_\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

\_\_X\_\_ United States District Court CM/ECF System

\_\_\_\_\_ personal delivery

\_\_\_\_\_ electronic means (facsimile or electronic mail)

fully addressed as follows:

ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 007504
BRIAN K. WALTERS, ESQ.
Nevada Bar No. 009711
**GORDON REES SCULLY**
**MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Urban Outfitters, Inc.*

MARK G. SIMONS, ESQ.
Nevada Bar No. 5132
**SIMONS HALL JOHNSTON, PC**
6490 S. McCarran Blvd., Suite F-46
Reno, NV 89509
*Attorney for Defendant*
*United Construction Co*

CHARLES L. BURCHAM, ESQ.
Nevada Bar No. 2673
JUSTIN H. PFREHM, ESQ.
Nevada Bar No. 7484
**THORNDAL ARMSTRONG DELK**
**BALKENBUSH & EISINGER**
6590 S. McCarran, Suite B
Reno, Nevada 89509
*Attorneys for Defendant*
*Dermody Operating Company, LLC*

SHANNON G. SPLAINE, ESQ.
Nevada Bar No.: 008241
**LINCOLN, GUSTAFSON & CERCOS LLP**
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169

/s/ _____
An employee of HALL PRANGLE & SCHOONVELD, LLC