1  NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
2  Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, NV 89169
Telephone:    (702) 862-8300
4  Facsimile:    (702) 862-8400
NWieczorek@ClarkHill.com
5  *Attorney for Defendant*
*GAF MATERIALS CORPORATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation, <br><br>                Plaintiff, <br><br> vs. <br><br> DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATION, a Delaware Corporation; and DOES I through X, <br><br>                Defendants. | Case No.: 3:21-cv-00109-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT GAF MATERIALS CORPORATION TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** <br><br> **SECOND REQUEST** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Urban Outfitters, Inc., by and through its counsel, Brian K. Walters, Esq, of the law firm of Gordon Rees Scully Mansukhani, LLP; and Defendant GAF Materials Corporation, by and through its counsel of record, Nicholas M. Wieczorek, Esq., of the law firm of Clark Hill PLLC, and respectfully submits this Stipulation to extend time for Defendant GAF Materials Corporation to file a responsive pleading to Plaintiff's Amended Complaint (ECF 65) in the above matter.

The Amended Complaint was served on this Defendant on December 2, 2021 and the parties agreed and the Court granted an extension the time to file a responsive pleading to January 20, 2022 (ECF 75 and ECF 76). Counsel for GAF is recovering from physical illness and quarantine due to COVID and requests an additional extension of time up through and including January 27, 2022 to file a response to the Amended Complaint.

1 of 2

1    This request for an extension is made in good faith and not for the purposes of delay.

2    WHEREFORE, the parties respectfully request that the Court grant this Defendant an

3    additional extension up to and including January 27, 2022 to file a responsive pleading to the

4    Amended Complaint.

5    DATED this 20th day of January, 2021.          DATED this 20th day of January, 2021.

6    **CLARK HILL PLLC**                             **GORDON REES SCULLY**
                                                     **MANSUKHANI, LLP**

7    */s/ Nicholas M. Wieczorek*

8    NICHOLAS M. WIECZOREK, ESQ.                    */s/ Brian K. Walters*
     Nevada Bar No. 6170                            ROBERT E. SCHUMACHER, ESQ.

9    3800 Howard Hughes Parkway, Suite 500          Nevada Bar No. 7504
     Las Vegas, NV 89169                            BRIAN K. WALTERS, ESQ.

10   Telephone:  (702) 862-8300                     Nevada Bar No. 9711
     Facsimile:  (702) 862-8400                     300 South Fourth Street, Suite 1550t

11   *NWieczorek@ClarkHill.com*                     Las Vegas, NV 89101
     *Attorney for Defendant GAF Materials*         Telephone: (702) 577-9300

12   *Corporation*                                  Facsimile:  (702) 255-2858
                                                     rschumacher@grsm.com

13                                                   bwalters@grsm.com
                                                     *Attorneys for Plaintiff*

14

15

16                                    **ORDER**

17

18        IT IS SO ORDERED.

19

20        January 20, 2022
          DATED                              _____

21                                           ~~UNITED STATES DISTRICT COURT JUDGE~~
                                             UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28
                                   2 of 2

ClarkHill\98242\436578\265489795.v1-1/20/22

**Surowiec, Deborah J.**

| | |
|---|---|
| **From:** | Brian Walters <bwalters@grsm.com> |
| **Sent:** | Thursday, January 20, 2022 3:55 PM |
| **To:** | Surowiec, Deborah J.; Robert Schumacher |
| **Subject:** | RE: Urban Outfitters v. GAF Materials 3:21-cv-00109-MMD-CLB - GAF Request for Extension of Time to respond to Amended Complaint |

[External Message]

Hi Debbie, you may use my electronic signature.

Thank you,

Brian

> **From:** Surowiec, Deborah J. <dsurowiec@clarkhill.com>
> **Sent:** Thursday, January 20, 2022 3:50 PM
> **To:** Brian Walters <bwalters@grsm.com>; Robert Schumacher <rschumacher@grsm.com>
> **Subject:** FW: Urban Outfitters v. GAF Materials 3:21-cv-00109-MMD-CLB - GAF Request for Extension of Time to respond to Amended Complaint
>
> As a follow-up to the below email, please respond via email with your approval.  Thank you again for your professional courtesy.
>
> **Deborah J.  Surowiec**
> Office Manager
> **Clark Hill LLP**
> 3800 Howard Hughes Parkway, Las Vegas, NV 89169
> (702) 697-7531(office) | (702) 862-8400(fax)
> dsurowiec@clarkhill.com  |  www.clarkhill.com
>
>
> **From:** Surowiec, Deborah J.
> **Sent:** Thursday, January 20, 2022 3:31 PM
> **To:** Robert Schumacher <rschumacher@grsm.com>; Brian Walters <bwalters@grsm.com>
> **Cc:** Wieczorek, Nicholas (NWieczorek@ClarkHill.com) <NWieczorek@ClarkHill.com>
> **Subject:** Urban Outfitters v. GAF Materials 3:21-cv-00109-MMD-CLB - GAF Request for Extension of Time to respond to Amended Complaint
> **Importance:** High
>
> Nicholas Wieczorek of Clark Hill PLLC on behalf of GAF Materials in the above matter requests an additional extension of time up through and including January 27, 2021 to file a response to the Amended Complaint.  Mr. Wieczorek has been out of the office due to COVID.  Thank you for your professional courtesy extended in this matter.  I have attached a stipulation for your review and approval.
>
> Thank you.
>
>
> **Deborah J.  Surowiec**

1

Office Manager
**Clark Hill LLP**
3800 Howard Hughes Parkway, Las Vegas, NV 89169
(702) 697-7531 (office) | (702) 862-8400 (fax)
dsurowiec@clarkhill.com | www.clarkhill.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com