BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
JIMMY T. LEE, ESQ.
Nevada Bar No. 12806
**WOLFENZON ROLLE**
6725 Via Austi Pkwy, Ste. 260
Las Vegas, Nevada 89119
jrolle@wolfenzon.com

Attorneys for Defendant
D&D ROOFING AND SHEET METAL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATIONS, a Delaware Corporation; and DOES I through X<br><br>Defendants. | Case No.: 3:21-cv-00109-MMD-CLB<br><br>**STIPULATION TO EXTEND THIRD-PARTY DEFENDANT D&D ROOFING AND SHEET METAL, INC.'S RESPONSE TO UNITED CONSTRUCTION CROSSCLAIM** |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,<br><br>Third-Party Defendant | Pleading Served: January 13, 2022<br>Current Response Date: February 3, 2022<br>New Response Date: February 24, 2022 |

Whereas, D&D ROOFING AND SHEET METAL, INC. ("D&D Roofing"), through

its counsel of record, the law firm of WOLFENZON ROLLE, and UNITED

CONSTRUCTION CO. ("United Construction"), through its counsel of record, LINCOLN,

GUSTAFSON & CERCOS, LLP, have agreed that D&D Roofing may have an approximate

1

21-day extension to file its Answer and/or Responsive Motion(s) to United Construction's Crossclaim.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

The deadline for Third-Party Defendant D&D ROOFING AND SHEET METAL, INC. to file its Answer and/or Responsive Motion(s) to United Construction's Crossclaim shall be extended to February 24, 2022.


DATED this 2nd day of February 2022                    DATED this 2nd day of February 2022


**LINCOLN, GUSTAFSON & CERCOS, LLP**              **WOLFENZON ROLLE**

    */s/ Shannon G. Splaine*                                        */s/ Jonathan P. Rolle*
By _____                  By _____
    SHANNON G. SPLAINE, ESQ.                          JONATHAN P. ROLLE, ESQ.
    Nevada Bar No. 8241                                     Nevada Bar No. 4367
    3960 Howard Hughes Parkway, Suite 200       6725 Via Austi Pkwy, Suite 260
    Reno, Nevada 89169                                     Las Vegas, Nevada 89119

*Attorneys for Defendant/Third-Party Plaintiff*        *Attorneys for Third-Party Defendants*
*UNITED CONSTRUCTION, CO.*                             *D&D ROOFING AND SHEET METAL,*
                                                        *INC.*


      **IT IS SO ORDERED**


    February 3, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

**From:** Shannon Splaine <ssplaine@lgclawoffice.com>
**Sent:** Wednesday, February 2, 2022 3:43 PM
**To:** Lourdes Lordon <lourdes@wolfenzon.com>
**Cc:** Jonathan Rolle <jrolle@wolfenzon.com>; Jimmy Lee <jlee@wolfenzon.com>; Ginger Bellamy
<GBellamy@lgclawoffice.com>
**Subject:** RE: Urban Outfitters, Inc. v. United Construction Co. et al

You have permission to use my e signature

**Shannon G. Splaine, Esq.**
**LINCOLN, GUSTAFSON & CERCOS LLP**
**Experience.  Integrity.  Results.**

**California    Nevada    Arizona**

| | | |
|---|---|---|
| 550 West C Street, Suite 1400 | 3960 Howard Hughes Parkway, Suite 200 | 2415 E. Camelback Rd.,  Suite 700 |
| San Diego, California  92101 | Las Vegas, Nevada  89169 | Phoenix, Arizona  85016 |
| 619.233.1150;  619.233.6949 Fax | 702.257.1997; 702.257.2203 Fax | 602.606.5735; 602.508.6099 Fax |

*www.lgclawoffice.com*

**The information contained in the text (and attachments) of this e-mail is privileged, confidential and only
intended for the addressee(s). Nothing in this email or attachments is intended as tax advice and must not be
relied upon in that regard.  Please consult your tax advisors.**

**From:** Lourdes Lordon
**Sent:** Wednesday, February 02, 2022 2:32 PM
**To:** Shannon Splaine <ssplaine@lgclawoffice.com>
**Cc:** Jonathan Rolle <jrolle@wolfenzon.com>; Jimmy Lee <jlee@wolfenzon.com>
**Subject:** RE: Urban Outfitters, Inc. v. United Construction Co. et al

For your review and consideration, please see attached a Stipulation to Extend Time for our client D&D
Roofing and Sheet Metal to file its Answer or Response to your client, United Construction's Crossclaim.

We ask that you please agree to a 21-day extension (February 24, 2022).

I have already inserted your electronic signature in hopes that you would agree to our request for the
extension.  If so, would you kindly respond to this email authorizing our office to use your signature.

Your anticipated cooperation has been greatly appreciated.

Thank you.

**Lourdes Lordon**
_____
Litigation Paralegal | Wolfenzon Rolle