1  KENNETH M. MARIAS, ESQ.
   Nevada Bar No. 005062
2  CISNEROS & MARIAS
   6671 S. Las Vegas Boulevard
3  Building D, Suite 215
   Las Vegas, NV  89119
4   **MAIL TO**
   1299 Zurich Way, Suite 250
5  Schaumburg, IL 60196
   (702) 233-9660 (telephone)
6  (702) 233-9665 (facsimile)
   kenneth.marias@zurichna.com
7

8  Attorneys for Defendant
   ATLAS CONTRACTORS, INC.

9

10                **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation | **CASE NO: 3:21-cv-00109-MMD-CLB** |
| Plaintiff, | |
| v. | |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATION, a Delaware Corporation; and DOES I through X, | **STIPULATION AND ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT ATLAS CONTRACTORS, INC. TO RESPOND TO THIRD-PARTY DEFENDANT DERMODY OPERATING COMPANY, LLC'S THIRD-PARTY COMPLAINT** |
| Defendants, | |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company, | |
| Third-Party Plaintiff, | |
| v. | |

1

D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada Corporation,

    Third-Party Defendants,

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiff DERMODY OPERATING COMPANY, LLC, by and through its counsel, CHARLES BURCHAM, ESQ., of THORNDAL ARMSTRONG DELK BALKENBUSH & EISENGER and Third-Party Defendant ATLAS CONTRACTORS, INC., by and through its counsel, KENNETH M. MARIAS, ESQ. of CISNEROS & MARIAS and respectfully submits this Stipulation to extend time for Third-Party Defendant ATLAS CONTRACTORS, INC. to file a responsive pleading to Third-Party Plaintiff DERMODY OPERATING COMPANY, LLC's Third-Party Complaint (ECF70) in the above matter.

    The Third-Party Complaint was served on this Third-Party Defendant on December 19, 2021 and the parties agreed and the Court granted an extension of time to file a responsive pleading to March 11, 2022.

    This request for an extension is made in good faith and not for the purposes of delay. Third-Party Defendant ATLAS CONTRACTORS, INC. is a dissolved corporation, and additional time was necessary to identify and assign defense counsel.

    WHEREFORE, the parties respectfully request that the Court grant this Third-Party Defendant an additional extension up to and including March 11, 2022 to file a responsive pleading to the Third-Party Complaint.

///

///

///

1  ///

2  ///

3  Dated this 23rd day of February, 2022.        Dated this 23 day of February, 2022.

4  CISNEROS & MARIAS                             THORNDAL ARMSTRONG DELK
                                                 BALKENBUSH & EISENGER

   /s/ Kenneth M. Marias

   KENNETH M. MARIS, ESQ.                        CHARLES L. BURCHAM ESQ.
   Nevada Bar No. 5062                           Nevada Bar No. 2673
   6671 S. Las Vegas Blvd.                       6590 S. McCarran, Suite B
   Building D, Suite 215                         Reno, NV 89509
   Las Vegas, NV 89119                           *Attorneys for Third-Party Plaintiff*
   *Attorneys for Third-Party Defendants*        DERMODY OPERATING COMPANY, LLC
   *ATLAS CONTRACTORS, INC.*

                                                 **ORDER**

           IT IS SO ORDERED.

    February 23, 2022
   ────────────────────                          ────────────────────────────────
   DATED                                         UNITED STATES MAGISTRATE JUDGE

3