1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  BRIAN K. WALTERS, ESQ.
   Nevada Bar No. 9711
3  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 South 4th Street, Suite 1550
4  Las Vegas, Nevada  89101
   Telephone:  (702) 577-9310
5  Facsimile:  (702) 255-2858
   Email: rschumacher@grsm.com
6         bwalters@grsm.com

7  *Attorneys for Plaintiff*
   *URBAN OUTFITTERS, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| URBAN OUTFITTERS, INC. a Pennsylvania Corporation, | Case No.:   3:21-cv-00109-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ALLOW AMENDED COMPLAINT** |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company;  UNITED CONSTRUCTION CO., a Nevada  corporation; GAF MATERIALS CORPORATON, a Delaware Corporation; and DOES I through X, | |
| Defendants. | |
| DERMODY OPERERATING COMPANY, LLC, a Delaware limited liability company, | |
| Third-Party Plaintiff, | |
| vs. | |
| D&D ROOFING AND SHEET METAL,INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada Corporation, | |
| Third-Party Defendants. | |

Plaintiff URBAN OUTFITTERS, INC. ("Plaintiff") and GAF MATERIALS, LLC *erroneously named as* "GAF MATERIALS CORPORATION" ("GAF") hereby stipulate as

-1-

follows:

1. On September 12, 2022, the Court granted GAF's motion to dismiss, but permitted Plaintiff leave to amend on or before October 12, 2022. (ECF No. 138).

2. Plaintiff requested additional information from GAF to evaluate the propriety of proceeding with amendment.

3. GAF has agreed to review Plaintiff's requests for additional information and has agreed to supplement where appropriate subject to its previously asserted objections. However, GAF will not be able to do so before the current amendment deadline.

4. The parties therefore stipulate and agree that Plaintiff shall have until January 12, 2023 to file an amended complaint against GAF.

DATED this 11th day of October 2022.                    DATED this 11th day of October 2022.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI LLP** | **POLSINELLI PC** |
| */s/ Brian K. Walters*_____ | */s/ Andrew Newman*_____ |
| ROBERT E. SCHUMACHER, ESQ.<br>Nevada Bar No. 7504<br>BRIAN K. WALTERS, ESQ.<br>Nevada Bar No. 9711<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiff<br>URBAN OUTFITTERS, Inc. | ANDREW NEWMAN<br>Texas SBN 24060331 (admitted *pro hac vice*)<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201<br><br>Attorneys for<br>GAF MATERIALS, LLC *erroneously named as* "GAF MATERIALS CORPORATION" |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: ___October 12, 2022___