KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JENNIFER M. McMENOMY, Esq.
Nevada State Bar No. 14239
EMILY A. MANSOOR, Esq.
Nevada State Bar No 15436
JEPSEN & McMENOMY, PLLC
100 Vine Street
Reno, Nevada 89503
Telephone: (775) 525-8850
Email: Kendra@JepsenMcMenomy.com
Email: Jenny@JepsenMcMenomy.com
Email: Emily@JepsenMcMenomy.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMODY OPERATING COMPANY, LLC a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada Corporation; GAF MATERIALS CORPORATION, a Delaware corporation; and DOES I through X.<br><br>Defendants. | Case No. 3:21-cv-00109-MMD-CLB<br><br>**ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL** |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,<br><br>Third Party Defendants. | |

1

UNITED CONSTRUCTION CO., a Nevada corporation,

        Defendant/Cross-Claimant,

vs.

D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,

        Cross-Defendants.

_____/

PLEASE TAKE NOTICE that, KENDRA J. JEPSEN, Esq. is no longer associated with the law firm of Simons Hall Johnston PC. MARK G. SIMONS, Esq., of the law firm of Simons Hall Johnston PC remains as attorney for United Construction Co.

DATED this 3rd day of August, 2023.

JEPSEN & McMENOMY, PLLC

By: _____
Kendra J. Jepsen, Esq.
Nevada Bar No. 14065
Jenny McMenomy, Esq.
Nevada Bar No. 14239
100 Vine Street
Reno, Nevada 89503

**IT IS SO ORDERED.**

**DATED:** August 3, 2023

_____
UNITED STATES MAGISTRATE JUDGE