# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **URBAN OUTFITTERS, INC,** *et al,*<br><br>Plaintiffs<br><br>v.<br><br>**UNITED CONSTRUCTION, CO.,** *et al,*<br><br>Defendants.<br><br>—<br><br>**UNITED CONSTRUCTION, CO.,** *et al*<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>**PANELIZED STRUCTURES, INC,** *et al.*<br><br>Third-Party Defendant. | Case No.:   3:21-v-00109-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PANALIZED STRUCTURES, INC.'S DEADLINE TO FILE RESPONSE TO UNITED CONSTRUCTION, CO.'s THIRD-PARTY COMPLAINT** |

Third-Party Plaintiff United Construction, Co., by and through its counsel of record John Boyden of Lewis Brisbois Bisgaard & Smith, LLP, and Third-Party Defendant Panelized Structures, Inc., by and through its counsel Patrick R. Millsap and McClure Wallace of Wallace & Millsap, stipulate to extend the deadline for Panelized Structures to answer or otherwise respond to the Third-Party Complaint to **September 25, 2023**.

Page **1** of **2**

1    This is the first stipulation requesting an extension of the deadline referenced
2 above.  Counsel certify this request is made for good-cause and not for the purpose of
3 undue delay.

DATED: September 6, 2023.                         DATED: September 6, 2023.

By: /s/ *Patrick R. Millsap*                              By: /s/ *John C. Boyden*
F. McClure Wallace, Esq.                             John C. Boyden, Esq.
State Bar No.: 10264                                    State Bar No.:  3917
Patrick R. Millsap, Esq.                                Lewis Brisbois Bisgaard & Smith, LLP
Nevada Bar No.: 12043                                5555 Kietzke Lane, Suite 200
Wallace & Millsap, LLC                              Reno, Nevada 89511
*Attorneys for Third-Party*                          *Attorneys for Third-Party Plaintiff*
*Defendant, Panelized Structures, Inc.*     *United Construction, Co.*

## ORDER

The Court hereby grants the Parties' Stipulation to continue the deadline for Third-Party Defendant Panelized Structures, Inc. to file an answer or response to United Construction Co.'s Third-Party Complaint to and including September 25, 2023.

**IT IS SO ORDERED.**

Dated this __7th__ day of __September__ 2023.

_____
United States Magistrate Judge