|   |   |
|---|---|
| 1  | KATHERINE F. PARKS, ESQ. |
| 2  | Nevada Bar No. 6227 |
|    | JUSTIN H. PFREHM, ESQ. |
| 3  | Nevada Bar No. 7484 |
|    | Thorndal Armstrong, PC |
| 4  | 6590 S. McCarran Blvd., Suite B |
|    | Reno, Nevada  89509 |
| 5  | Tel:  (775) 786-2882 |
|    | kfp@thorndal.com |
| 6  | jhp@thorndal.com |
| 7  | DAVID S. LEE, ESQ. |
|    | Nevada Bar No. 6033 |
| 8  | NATASHA LANDRUM, ESQ. |
|    | Nevada Bar No. 7414 |
| 9  | Lee, Landrum & Ingle |
|    | 7575 Vegas Drive, Suite 150 |
| 10 | Las Vegas, NV  89128 |
|    | Tel:  (702) 880-9750 |
| 11 | dlee@lee-lawfirm.com |
|    | nlandrum@lee-lawfirm.com |
| 12 | Attorneys for Defendant/Third-Party Plaintiff |
| 13 | DERMODY OPERATING COMPANY, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| URBAN OUTFITTERS, INC., a Pennsylvania Corporation, | |
|---|---|
| Plaintiff, | Case No.   3:21-cv-00109-MMD-CLB |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATION, a Delaware Corporation; and DOES I through X, | |
| Defendants. | |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company, | |
| Third-Party Plaintiff, | |
| vs. | |
| D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada | |

- 1 -

|   |   |
|---|---|
| 1 | corporation; TEDESCO CONSTRUCTION, INC., a Nevada corporation; PANELIZED STRUCTURES, INC., a Nevada corporation, |
| 2 | |
| 3 | Third-Party Defendants. |
| 4 | UNITED CONSTRUCTION CO., a Nevada corporation, |
| 5 | |
| 6 | Defendant/Cross-Claimant, |
| 7 | vs. |
| 8 | D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation. |
| 9 | |
| 10 | Cross-Defendants. |
| 11 | |

PLEASE TAKE NOTICE that Charles Burcham, Esq., and Justin Pfrehm, Esq. of Thorndal Armstrong, PC, are hereby disassociated as counsel for Defendant/Third-Party Plaintiff DERMODY OPERATING COMPANY, LLC.  David Lee, Esq., and Natasha Landrum, Esq., of Lee, Landrum & Ingle will continue to represent Defendant/Third-Party Plaintiff DERMODY OPERATING COMPANY, LLC, in this action.   Thorndal Armstrong, PC, respectfully requests the removal of Charles Burcham, Esq. and Justin Pfrehm, Esq. from the list of attorneys associated with this case, as well as future pleadings, notices, orders, other court documents, and counsels' proofs of service.

DATED this 4th day of January, 2024.

THORNDAL ARMSTRONG, PC

By: ___*/s/ Justin Pfrehm*___
    KATHERINE F. PARKS, ESQ.
    Nevada Bar No. 6227
    JUSTIN H. PFREHM, ESQ.
    Nevada Bar No. 7484
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorneys for Defendant/Third-Party
    Plaintiff DERMODY OPERATING
    COMPANY, LLC

**IT IS SO ORDERED.**

**DATED:** January 4, 2024.

_____
UNITED STATES MAGISTRATE JUDGE