MARK G. SIMONS, ESQ.
Nevada Bar No. 5132
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Facsimile: (775) 785-0087
msimons@SHJNevada.com

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
ROBERT N. EATON, ESQ.
Nevada Bar No. 9547
LINCOLN, GUSTAFSON & CERCOS, LLP
7670 West Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com
reaton@lgclawoffice.com

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
JENNIFER A. TAYLOR, ESQ.
Nevada Bar No. 6141
DANA A. GRIGG, ESQ.
Nevada Bar No. 11962
CODY M. OLDHAM, ESQ.
Nevada Bar No. 14594
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 399-6383
Facsimile: (775) 827-9256
Josh.Aicklen@lewisbrisbois.com
Jennifer.A.Taylor@lewisbrisbois.com
Dana.Grigg@lewisbrisbois.com
Cody.Oldham@lewisbrisbois.com

*Attorneys for Defendant/Cross-Claimant/Third Party Plaintiff United Construction Co.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| URBAN OUTFITTERS INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMODY OPERATING COMPANY, LLC | Case No. 3:21-cv-00109-MMD-CLB<br><br>**ORDER GRANTING DEFENDANT/ CROSS-CLAIMANT/ THIRD PARTY PLAINTIFF UNITED CONSTRUCTION CO.'S NOTICE APPEARANCE AND NOTICE OF DISASSOCIATION** |

138209962.3

| | |
|---|---|
| 1 | a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada |
| 2 | corporation; GAF MATERIALS CORPORATION, a Delaware corporation; |
| 3 | and DOES I through X, |
| 4 | Defendants. |
| 5 | DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company, |
| 6 | |
| 7 | Third Party Plaintiff, |
| 8 | vs. |
| 9 | D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada |
| 10 | corporation, |
| 11 | Third Party Defendants. |
| | UNITED CONSTRUCTION CO., a Nevada |
| 12 | corporation, |
| 13 | Defendant/Cross-Claimant, |
| 14 | vs. |
| 15 | D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS |
| 16 | CONTRACTORS, INC., a Nevada corporation, |
| 17 | |
| | Cross-Defendants. |
| 18 | UNITED CONSTRUCTION CO., a Nevada corporation, |
| 19 | |
| 20 | Defendant/Cross-Claimant/Third Party Plaintiff |
| 21 | vs. |
| 22 | TEDESCO CONSTRUCTION, INC., a Nevada corporation; BLACK EAGLE |
| 23 | CONSULTING, INC., a Nevada corporation; and ODYSSEY ENGINEERING, INC., a |
| 24 | Nevada corporation. |
| 25 | Third Party Defendants. |
| 26 | |
| 27 | TO: ALL PARTIES ABOVE NAMED, AND THEIR ATTORNEYS: |
| 28 | PLEASE TAKE NOTICE that JENNIFER A. TAYLOR, ESQ., DANA A. GRIGG, ESQ. |



1  and CODY M. OLDHAM, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH LLP, are hereby
2  making an appearance as counsel on behalf of Defendant/Cross-Claimant/Third Party Plaintiff
3  UNITED CONSTRUCTION CO. in association with JOSH COLE AICKLEN, ESQ., of LEWIS
4  BRISBOIS BISGAARD & SMITH LLP, MARK G. SIMONS, ESQ. of SIMONS HALL
5  JOHNSTON PC, and SHANNON G. SPLAINE, ESQ. and ROBERT N. EATON, ESQ. of
6  LINCOLN, GUSTAFSON & CERCOS, LLP.  Please add Ms. TAYLOR, Ms. GRIGG and Mr.
7  OLDHAM to your service list as of the date of this Notice.

      Please take further notice that JOHN C. BOYDEN, ESQ. is no longer with the firm of
LEWIS BRISBOIS BISGAARD & SMITH LLP, and should be removed from your service lists.

      DATED this 22nd day of April, 2024.

                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                          By    */s/ Jennifer A. Taylor*
                              JOSH COLE AICKLEN, ESQ.
                              Nevada Bar No. 7254
                              JENNIFER A. TAYLOR
                              Nevada Bar No. 6141
                              DANA A. GRIGG, ESQ.
                              Nevada Bar No. 11962
                              CODY M. OLDHAM, ESQ.
                              Nevada Bar No. 14594
                              LEWIS BRISBOIS BISGAARD & SMITH LLP
                              5555 Kietzke Lane, Suite 200
                              Reno, Nevada 89511
                                *~and~*
                              MARK G. SIMONS, ESQ.
                              Nevada Bar No. 5132
                              SIMONS HALL JOHNSTON PC
                              690 Sierra Rose Drive
                              Reno, Nevada  89511
                                *~and~*
                              SHANNON G. SPLAINE, ESQ.
                              Nevada Bar No. 8241
                              ROBERT N. EATON, ESQ.
                              Nevada Bar No. 9547
                              LINCOLN, GUSTAFSON & CERCOS, LLP
                              7670 West Lake Mead Blvd., Suite 200
                              Las Vegas, Nevada 89128
                              *Attorneys for Defendant/Cross-Claimant/Third*
                              *Party Plaintiff United Construction Co.*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby certify that on this 22nd day of April, 2024, **DEFENDANT/CROSS-CLAIMANT/THIRD PARTY PLAINTIFF UNITED CONSTRUCTION CO.'S NOTICE APPEARANCE AND NOTICE OF DISASSOCIATION** was filed and served via the United States District Court CM/ECF system on all parties or persons requiring notice.

| | |
|---|---|
| Robert E. Schumacher, Esq.<br>Brian K. Walters, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>rschumacher@grsm.com<br>bwalters@grsm.com<br>*Attorneys for Plaintiff, Urban Outfitters, Inc.* | Katherine Parks, Esq.<br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br>6590 S. McCarran, Suite B<br>Reno, NV 89509<br>KFP@thorndal.com<br>*Attorneys for Defendant/Third-Party Plaintiff Dermody Operating Company, LLC* |
| Charlie H. Luh, Esq.<br>Craig D. Slater, Esq.<br>LUH & ASSOCIATES<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, Nevada 89147<br>info@luhlaw.com<br>*Attorneys for Third Party Defendant Atlas Contractors, Inc.* | David S. Lee, Esq.<br>Natasha Landrum, Esq.<br>LEE, LANDRUM & INGLE<br>7575 Vegas Drive, Suite 150<br>Las Vegas, NV 89128<br>dlee@lee-lawfirm.com<br>nlandrum@lee-lawfirm.com<br>*Attorneys for Defendant/Third Party Plaintiff Dermody Operating Company, LLC* |
| Kenneth M. Marias, Esq.<br>CISNEROS & MARIAS<br>6671 S. Las Vegas Boulevard<br>Building D, Suite 215<br>Las Vegas, NV 89119<br>Kenneth.marias@zurichna.com<br>*Attorneys for Third Party Defendant/Cross-Defendant, Atlas Contractors, Inc.* | Mark G. Simons, Esq.<br>SIMONS HALL JOHNSTON PC<br>690 Sierra Rose Drive<br>Reno, NV 89511<br>MSimons@SHJNevada.com<br>*Attorneys for Defendant/Cross-Claimant, United Construction Co.* |
| Prescott T. Jones, Esq.<br>Dylan E. Houston, Esq.<br>RESNICK & LOUIS, P.C.<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148<br>pjones@rlattorneys.com<br>dhouston@rlattorneys.com<br>*Attorneys for Third Party Defendant Tedesco Pacific Construction* | Shannon G. Splaine, Esq.<br>Robert N. Eaton, Esq.<br>LINCOLN, GUSTAFSON & CERCOS, LLP<br>*ATTORNEYS AT LAW*<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, Nevada 89128<br>ssplaine@lgclawoffice.com<br>reaton@lgclawoffice.com<br>*Attorneys for Defendant/Cross-Claimant, United Construction Co.* |

138209962.3

4

| | |
|---|---|
| F. McClure Wallace<br>Patrick R. Millsap<br>WALLACE & MILLSAP<br>510 W. Plumb Lane, Suite A<br>Reno, Nevada 89509<br>mcclure@wallacemillsap.com<br>*Attorneys for Third Party Defendant Panelized Structures, Inc.* | Bruno Wolfenzon, Esq.<br>Jonathan P. Rolle, Esq.<br>Jimmy T. Lee, Esq.<br>Michael Kustra, Esq.<br>WOLFENZON ROLLE<br>6725 Via Austi Pkwy, Ste. 260<br>Las Vegas, NV 89119<br>jrolle@wolfenzon.com<br>mkustra@wolfenzon.com<br>*Attorneys for Defendant/Third Party Defendant/Cross-Defendant, D&D Roofing and Sheet Metal, Inc.* |

By     */s/ Louise M. Ligouri*
        Louise M. Ligouri, an Employee of
        LEWIS BRISBOIS BISGAARD & SMITH LLP

**IT IS SO ORDERED.**

**DATED:** April 22, 2024

_____
UNITED STATES MAGISTRATE JUDGE

138209962.3

5