1  MARK G. SIMONS, ESQ.
   Nevada Bar No. 5132
2  SIMONS HALL JOHNSTON PC
   690 Sierra Rose Drive
3  Reno, Nevada 89511
   Telephone: (775) 785-0088
4  Facsimile: (775) 785-0087
   msimons@SHJNevada.com
5
   SHANNON G. SPLAINE, ESQ.
6  Nevada Bar No. 8241
   ROBERT N. EATON, ESQ.
7  Nevada Bar No. 9547
   LINCOLN, GUSTAFSON & CERCOS, LLP
8  7670 West Lake Mead Blvd., Suite 200
   Las Vegas, Nevada 89128
9  Telephone: (702) 257-1997
   Facsimile: (702) 257-2203
10 ssplaine@lgclawoffice.com
   reaton@lgclawoffice.com
11
   JOSH COLE AICKLEN, ESQ.
12 Nevada Bar No. 7254
   JENNIFER A. TAYLOR, ESQ.
13 Nevada Bar No. 6141
   DANA A. GRIGG, ESQ.
14 Nevada Bar No. 11962
   CODY M. OLDHAM, ESQ.
15 Nevada Bar No. 14594
   LEWIS BRISBOIS BISGAARD & SMITH LLP
16 5555 Kietzke Lane, Suite 200
   Reno, Nevada 89511
17 Telephone: (775) 399-6383
   Facsimile: (775) 827-9256
18 Josh.Aicklen@lewisbrisbois.com
   Jennifer.A.Taylor@lewisbrisbois.com
19 Dana.Grigg@lewisbrisbois.com
   Cody.Oldham@lewisbrisbois.com
20
   *Attorneys for Defendant/Cross-Claimant/Third*
21 *Party Plaintiff United Construction Co.*

22
                    UNITED STATES DISTRICT COURT
23
                      FOR THE DISTRICT OF NEVADA
24

| | |
|---|---|
| 25  URBAN OUTFITTERS INC., a Pennsylvania Corporation, | Case No. 3:21-cv-00109-MMD-CLB |
| 26              Plaintiff, | **DEFENDANT/CROSS-CLAIMANT/ THIRD PARTY PLAINTIFF UNITED CONSTRUCTION CO.'S NOTICE OF DISASSOCIATION OF COUNSEL** |
| 27              vs. | |
| 28  DERMODY OPERATING COMPANY, LLC | |

141280352.1

1  a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATION, a Delaware corporation; and DOES I through X,

   Defendants.

DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company,

   Third Party Plaintiff,

   vs.

D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,

   Third Party Defendants.

UNITED CONSTRUCTION CO., a Nevada corporation,

   Defendant/Cross-Claimant,

   vs.

D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,

   Cross-Defendants.

UNITED CONSTRUCTION CO., a Nevada corporation,

   Defendant/Cross-Claimant/Third Party Plaintiff

   vs.

TEDESCO CONSTRUCTION, INC., a Nevada corporation; BLACK EAGLE CONSULTING, INC., a Nevada corporation; and ODYSSEY ENGINEERING, INC., a Nevada corporation.

   Third Party Defendants.

TO: ALL PARTIES ABOVE NAMED, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that SARAH M. MOLLECK, ESQ., is no longer with the firm of

1  LEWIS BRISBOIS BISGAARD & SMITH LLP, and should be removed from your service lists.

2  DATED this 7th day of June, 2024.

3            LEWIS BRISBOIS BISGAARD & SMITH LLP

4          By  */s/ Cody M. Oldham*
          JOSH COLE AICKLEN, ESQ.
          Nevada Bar No. 7254
          JENNIFER A. TAYLOR
          Nevada Bar No. 6141
          DANA A. GRIGG, ESQ.
          Nevada Bar No. 11962
          CODY M. OLDHAM, ESQ.
          Nevada Bar No. 14594
          LEWIS BRISBOIS BISGAARD & SMITH LLP
          5555 Kietzke Lane, Suite 200
          Reno, Nevada 89511
           *~and~*
          MARK G. SIMONS, ESQ.
          Nevada Bar No. 5132
          SIMONS HALL JOHNSTON PC
          690 Sierra Rose Drive
          Reno, Nevada 89511
           *~and~*
          SHANNON G. SPLAINE, ESQ.
          Nevada Bar No. 8241
          ROBERT N. EATON, ESQ.
          Nevada Bar No. 9547
          LINCOLN, GUSTAFSON & CERCOS, LLP
          7670 West Lake Mead Blvd., Suite 200
          Las Vegas, Nevada 89128
          *Attorneys for Defendant/Cross-Claimant/Third*
          *Party Plaintiff United Construction Co.*

**IT IS SO ORDERED.**

**DATED:** June 10, 2024.

                  _____
                 UNITED STATES MAGISTRATE JUDGE