MARK G. SIMONS, ESQ.
Nevada Bar No. 5132
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
msimons@SHJNevada.com

SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, LLP
7670 West Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
ssplaine@lgclawoffice.com

SABRINA N. DODOS, ESQ.
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 399-6383
Sabrina.Dodos@lewisbrisbois.com

*Attorneys for Defendant/Cross-Claimant/Third-Party Plaintiff United Construction Co.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| URBAN OUTFITTERS, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMODY OPERATING COMPANY, LLC a Delaware limited liability company; UNITED CONSTRUCTION CO., a Nevada corporation; GAF MATERIALS CORPORATION, a Delaware corporation; and DOES I through X,<br><br>Defendants. | Case No. 3:21-cv-00109-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |
| DERMODY OPERATING COMPANY, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>vs. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation; TEDESCO CONSTRUCTION, INC., a Nevada corporation; PANELIZED STRUCTURES, INC., a Nevada corporation,<br><br>               Third-Party Defendants. |
| 6<br>7<br>8 | UNITED CONSTRUCTION CO., a Nevada corporation,<br><br>               Defendant/Cross-Claimant,<br><br>  vs. |
| 9<br>10<br>11<br>12 | D&D ROOFING AND SHEET METAL, INC., a Nevada corporation; ATLAS CONTRACTORS, INC., a Nevada corporation,<br><br>               Cross-Defendants. |
| 13<br>14<br>15 | UNITED CONSTRUCTION CO., a Nevada corporation,<br><br>               Third-Party Plaintiff,<br><br>  vs. |
| 16<br>17<br>18<br>19<br>20 | TEDESCO CONSTRUCTION, INC., a Nevada corporation; PANELIZED STRUCTURES, INC., a Nevada corporation, BLACK EAGLE CONSULTING, INC., a Nevada corporation; and ODYSSEY ENGINEERING, INC., a Nevada Corporation,<br><br>               Third-Party Defendants. |

     IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff URBAN OUTFITTERS, INC., by and through its attorneys of record, BRIAN K. WALTERS, ESQ., of the law firm of GORDON REES SCULLY MANSUKHANI, LLP; Defendant/Third-Party Defendant, DERMODY OPERATING COMPANY, LLC, by and through its attorneys of record, DAVID S. LEE, ESQ. and NATASHA LANDRUM, ESQ., of the law firm of LEE, LANDRUM & INGLE; Defendant/Cross-Claimant/Third-Party Plaintiff UNITED CONSTRUCTION CO., by and through its attorneys of record, SABRINA N. DODOS, ESQ., of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, MARK G. SIMONS, ESQ., of the law firm of SIMONS HALL JOHNSON

PC, and SHANNON G. SPLAINE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP; Defendant/Cross-Defendant, D&D ROOFING AND SHEET METAL, INC., by and through its attorneys of record, BRUNO WOLFENZON, ESQ. and JONATHAN P. ROLLE, ESQ., of the law firm of WOLFENZON ROLLE; Third-Party Defendant PANELIZED STRUCTURES, INC., by and through its attorneys of record, F. McCLURE WALLACE, ESQ. and PATRICK R. MILLSAP, ESQ., of the law firm of WALLACE & MILLSAP, LLC; Third-Party Defendant TEDESCO PACIFIC CONSTRUCTION, by and through its attorneys of record, PRESCOTT T. JONES, ESQ. and DYLAN E. HOUSTON, ESQ., of the law firm of RESNICK & LOUIS, P.C.; Third-Party Defendant ODYSSEY ENGINEERING, INC., by and through its attorneys of record, SEAN L. ANDERSON, ESQ. and I-CHE LAI, ESQ., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; and Third-Party Defendant BLACK EAGLE CONSULTING, INC., by and through its attorneys of record, JOSEPH P. GARIN, ESQ. and JONATHAN K. WONG, ESQ., of the law firm of GARIN LAW GROUP that Plaintiff URBAN OUTFITTERS, INC.'s Complaint, and all amendments thereto are dismissed with Prejudice.

Further, the claims and causes of action by and between the remaining parties (other than claims against Atlas Contractors, Inc. which was subject to a pending appeal to the Ninth Circuit Court of Appeals and was recently settled, but will require more time to finalize settlement documents) are also hereby dismissed with prejudice.

Each party to bear their own attorney's fees and costs.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

| | |
|---|---|
| Dated this 3rd day of June, 2025. | Dated this 4th day of June, 2025. |
| GORDON REES SCULLY MANSUKHANI, LLP | LINCOLN, GUSTAFSON & CERCOS, LLP |
| /s/ Brian K. Walters | /s/ Shannon G. Splaine |
| _____ | _____ |
| Robert E. Schumacher, Esq.<br>Nevada Bar No. 7504<br>Brian K. Walters, Esq.<br>Nevada Bar No. 9711<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff, Urban Outfitters, Inc.* | SHANNON G. SPLAINE, ESQ.<br>Nevada Bar No. 8241<br>7670 West Lake Mead Blvd., Suite 200<br>Las Vegas, Nevada 89128<br>Telephone: (702) 257-1997<br>*Attorneys for Defendant/Cross-Claimant, United Construction Co.* |

| | | |
|---|---|---|
|1| Dated this 4th day of June, 2025. | Dated this 4th day of June, 2025. |
|2| SIMONS HALL JOHNSTON PC | LEWIS BRISBOIS BISGAARD & SMITH |
|3| | |
|4| */s/ Mark G. Simons* | */s/ Sabrina N. Dodos* |
|5| Mark G. Simons, Esq.<br>Nevada Bar No. 5132 | Sabrina N. Dodos, Esq.<br>Nevada Bar No. 16846 |
|6| 690 Sierra Rose Drive<br>Reno, NV 89511 | 5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511 |
|7| *Attorneys for Defendant/Cross-Claimant,*<br>*United Construction Co.* | *Attorneys for Defendant/Cross-Claimant,*<br>*United Construction Co.* |
|8| | |
|9| | |
|10| Dated this 4th day of June, 2025. | Dated this 4th day of June, 2025. |
|11| WOLFENZON ROLLE | LEE, LANDRUM & INGLE |
|12| | |
|13| */s/ Jonathan P. Rolle* | */s/ David S. Lee* |
|14| Bruno Wolfenzon, Esq.<br>Nevada Bar No. 6177 | David S. Lee, Esq.<br>Nevada Bar No. 6033 |
|15| Jonathan P. Rolle, Esq.<br>Nevada Bar No. 4367 | Natasha Landrum, Esq.<br>Nevada Bar No. 7414 |
|16| 6725 Via Austi Pkwy, Ste. 260<br>Las Vegas, NV 89119 | 7575 Vegas Drive, Suite 150<br>Las Vegas, NV 89128 |
|17| *Attorneys for Defendant, D&D Roofing and*<br>*Sheet Metal, Inc.* | *Attorneys for Defendant Dermody*<br>*Operating Company, LLC* |
|18| | |
|19| Dated this 4th day of June, 2025. | Dated this 3rd day of June, 2025. |
|20| WALLACE & MILLSAP, LLC | RESNICK & LOUIS, P.C. |
|21| | |
|22| */s/ Patrick R. Millsap* | */s/ Dylan E. Houston* |
|23| F. McClure Wallace, Esq.<br>Nevada Bar No. 10264 | Prescott T. Jones, Esq.<br>Nevada Bar No. 11617 |
|24| Patrick R. Millsap, Esq.<br>Nevada Bar No. 12043 | Dylan E. Houston, Esq.<br>Nevada Bar No. 13697 |
|25| 510 W. Plumb Lane<br>Reno, NV 89509 | 8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148 |
|26| *Attorneys for Third-Party Defendant,*<br>*Panelized Structures, Inc.* | *Attorneys for Third-Party Defendant,*<br>*Tedesco Pacific Construction* |
|27| | |
|28| | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4

Dated this 4th day of June, 2025.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

/s/ I-Che Lai
_____
Sean L. Anderson, Esq.
Nevada Bar No.7259
I-Che Lai, Esq.
Nevada Bar No. 12247
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Third-Party Defendant,
Odyssey Engineering, Inc.*

Dated this 4th day of June, 2025.

GARIN LAW GROUP

/s/ Jonathan K. Wong
_____
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Jonathan K. Wong, Esq.
Nevada Bar No. 13621
9900 Covington Cross Drive, Suite 210
Las Vegas, NV 89144
*Attorneys for Third-Party Defendant,
Black Eagle Consulting, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 5, 2025

5